IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 6:23-MJ-027-BU-1 |
| | ECF |
| MARIO MARES | |

MOTION FOR PRETRIAL DETENTION AND CONTINUANCE

The United States asks for the pretrial detention of Defendant under Title 18, United States Code, Sections 3142(e) and 3142(f).

1. ***Eligibility of Case***.  This case is eligible for a detention order under 18 U.S.C. § 3142(f) because it is a case that involves both:
    (1) a felony that involves the possession or use of a firearm, destructive device, or any other dangerous weapon (18 U.S.C § 3142(f)(1)(E)); and
    (2) A serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror (18 U.S.C. § 3142 (f)(2)(B)).

2. ***Reason for Detention.***  The Court should detain defendant, under 18 U.S.C. § 3142(e), because no condition or combination of conditions will reasonably assure
    (1) the defendant's appearance as required; and
    (2) The safety of any other person and the community.

3. ***Rebuttable Presumption.***  The United States will not invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e).

4. ***Time for Detention Hearing***.  The United States requests the Court conduct the detention hearing after a continuance of three days.

**Motion for Pretrial Detention and Continuance – Page 1**

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY


*s/ Stephen J. Rancourt*
STEPHEN J. RANCOURT
Assistant United States Attorney
Texas State Bar No. 24079181
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806.472.7398
Facsimile:    806.472.7394
E-mail:       stephen.rancourt@usdoj.gov