# UNITED STATES DISTRICT COURT
for the Northern District of Texas, SAN ANGELO DIVISION

USA v. Defendant, MARIO MARES (1)      Case No. 6:23-MJ-00027-BU

## ORDER ON HEARINGS REQUESTED UNDER RULE 5(c)(3)

An IDENTITY HEARING was conducted on _____ and based on the evidence presented, the defendant arrested in this district:

☐ is the same person named in the indictment, information, or warrant in the charging district.

☐ is NOT the same person named in the indictment, information, or warrant in the charging district. The defendant is ORDERED released and discharged.

---

A PRELIMINARY HEARING was conducted on _____ and based on the evidence presented, the Court FINDS that:

☐ there is probable cause to believe that the defendant committed the offense(s) charged.

☐ there is NOT probable cause to believe that the defendant committed the offense(s) charged. The defendant is ORDERED released and discharged.

---

A DETENTION HEARING was conducted on **8/8/23** and based on the evidence presented, the Court FINDS, in addition to any findings made on the record at the hearing, that:

☐ a preponderance of the evidence establishes that there are no conditions or combination of conditions that will reasonably assure the defendant's appearance as required.

☑ there is clear and convincing evidence that there are no conditions or combination of conditions that will reasonably assure the safety of any other person and the community.

☐ the government has not met its burden of showing either that there are no conditions or combination of conditions that will reasonably assure the appearance of the defendant as required or the safety of any other person and the community.

Accordingly, the government's motion for pretrial detention is:

☑ GRANTED.

☐ DENIED.

It is ORDERED that the defendant must:

- [x] remain in custody of the United States Marshal and transferred to the United States Marshall for the charging district, or to any other officer authorized to receive the defendant.

- [ ] be released, subject to the Order Setting Conditions and Appearance Bond of this same date.

ORDERED this 8th day of August, 2023.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE